

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00130-CR

**ROBERT EARL JONES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 11-03851-CRF-85

## ABATEMENT ORDER

On April 17, 2013, Appellant filed a pro se notice of appeal of the trial court's judgment signed and entered on April 8, 2013. In the notice of appeal, Appellant states that he is indigent.

The appointment of counsel for an indigent defendant in a criminal case is under the sole authority of the trial court. *See Enriquez v. State,* 999 S.W.2d 906, 907-08 (Tex. App.—Waco 1999, order); TEX. CODE CRIM. PROC. ANN. art. 26.04(a) (West Supp. 2011); *cf. Meza v. State,* 206 S.W.3d 684, 688 (Tex. Crim. App. 2006). The Court abates this cause

to the trial court with instructions to determine whether Appellant is indigent and entitled to appointed counsel and a free record.

Within twenty-one (21) days after the date of this order, the trial court shall conduct a hearing, if necessary, and make the above determination. The trial court clerk and court reporter shall file any supplemental records within thirty-five (35) days after the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Cause abated
Order issued and filed May 16, 2013
Do not publish